702 A.2d 830

IN THE MATTER OF CHARLES P. WRIGHT, II, AN ATTORNEY AT LAW.

December 3, 1997.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **CHARLES P. WRIGHT, II,** of **BOONTON TOWNSHIP,** who was admitted to the bar of this State in 1980, be disbarred on the basis of respondent's criminal conviction of aggravated sexual assault, in violation of *N.J.S.A.* 2C:14–2a(2), an act that reflects adversely on respondent's fitness as a lawyer (*RPC* 8.4(b));

And **CHARLES P. WRIGHT, II,** having been ordered to appear on the return date of the Order to Show Cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **CHARLES P. WRIGHT, II,** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys;

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **CHARLES P. WRIGHT, II,** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.